# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| **DANIEL RUIZ an individual** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **AUM SHANTI, INC.,** An Alabama Corporation, d/b/a America's Best Inn Birmingham/Homewood Hotel, **PRAVIN PATEL, Individually** and **ALL OTHERS UNKNOWN** | ) CIVIL ACTION ) Case No.: 2:20-cv-00121-AMM |
| Defendants. | ) |

## JOINT STIPULATION DISMISSAL WITH PREJUDICE

The Plaintiff, Daniel Ruiz, and Defendants, AUM SHANTI, INC, and Pravin Patel, individually, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. The parties requests that this Court retain jurisdiction for purpose of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties request that this Court dismiss the case with prejudice and each party shall bear their own attorney's fees and costs.

Respectfully submitted this the 14th day of January, 2021

| | |
|---|---|
| Ivannoel Gonzalez Dollar | Douglas Centeno |
| LÓPEZ RUBIO LAWYERS, LLC | BENTON, CENTENO & MORRIS, LLP |
| 117 South Crest Drive, Suite 106 | 2019 Third Avenue North |
| Birmingham, Alabama 35209 | Birmingham, Alabama 35203 |
| Telephone: (205) 418-0001 | (205) 278-8000 |
| Facsimile: (205) 418-0003 | (205) 278-8005 |
| E-mail: ivan@lorulaw.com | dcenteno@bcattys.com |
| *Attorney for the Plaintiff* | *Attorney for Defendants* |
| By: /s/ *Ivannoel Gonzalez Dollar* | By: /s/ Douglas Centeno |
| Ivannoel Gonzalez Dollar | Douglas Centeno |

1