# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL RUIZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:20-CV-121 AMM |
| | ) |
| **AUM SHANTI, INC.,** *an Alabama* | ) |
| *Corporation d/b/a America's Best* | ) |
| *Inn Birmingham/Homewood Hotel*, | ) |
| **and PRAVIN PATEL,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter comes before the court upon the Joint Stipulation of Dismissal. Doc. 27. Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs. The court **RETAINS** jurisdiction for 60 days to enforce the settlement reached between the parties.

**DONE** and **ORDERED** this 15th day of January, 2021.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE